UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

F. OTIS STEPHEN,

    Plaintiff,

v.                                                      Case No: 8:15-cv-556-T-36AAS

H. LEE MOFFITT CANCER CENTER
AND RESEARCH INSTITUTE LIFETIME
CANCER SCREENING CENTER, INC.,

    Defendant.
_____/

**O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on October 30, 2017 (Doc. 149). In the Report and Recommendation, Magistrate Judge Sansone recommends that Defendant's Verified Motion to Tax Costs (Doc. 137) be GRANTED in part and DENIED in part as follows: 1) the motion should be DENIED as to the $11.00 in postage for Plaintiff's deposition transcript; 2) the motion should be DENIED as to the $14.95 shipping and handling fee for Brenda Mulder's deposition transcript; 3) the motion should be DENIED as to $525.30 of the $994.50 expedited delivery fee for Brenda Mulder's deposition transcript; and 4) the motion should be GRANTED as to all other costs. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1).

No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

    **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 149) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Defendant's Verified Motion to Tax Costs (Doc. 137) be GRANTED in part and DENIED in part as follows:

    1) the motion is DENIED as to the $11.00 in postage for Plaintiff's deposition transcript;

    2) the motion is DENIED as to the $14.95 shipping and handling fee for Brenda Mulder's deposition transcript;

    3) the motion is DENIED as to $525.30 of the $994.50 expedited delivery fee for Brenda Mulder's deposition transcript; and

    4) the motion is GRANTED as to all other costs.

(3) The Clerk is directed to Tax Costs against Plaintiff, F. Otis Stephen, in the amount of $4,093.95.

**DONE AND ORDERED** at Tampa, Florida on November 27, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record